**Motions Denied; Appeal Dismissed and Memorandum Opinion filed July 9, 2015 .**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00197-CV

———————

**DAVID E. JOHNSON, Appellant**

**V.**

**NATIONAL INDEMNITY COMPANY, Appellee**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV28790**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 2, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 19, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered DISMISSED.

Appellant's motion to dismiss and motion to withdraw his motion to dismiss are DENIED AS MOOT.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan